## BLACKWELL v. STATE.
### No. 21903.

Court of Criminal Appeals of Texas.
Feb. 11, 1942.

T. B. Sisco, of McKinney, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted upon a grand jury indictment charging the theft of an automobile, and assessed a penalty of two years in the penitentiary, from which he appeals.

The record is before us without statement of facts and bills of exception. The procedure is regular and presents nothing for the consideration of this court.

The judgment of the trial court is affirmed.

J. Earle Kuntz, of Wichita Falls, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for the theft of property over the value of $50. The penalty assessed is confinement in the state penitentiary for a term of two years.

No statement of facts or bills of exception appear in the record, in the absence of which no question has been presented for review. The indictment and all matters of procedure appear regular.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.